**Fill in this information to identify the case:**

Debtor name    **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **5:23-bk-00839**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 12, 2023**     X **/s/ Joseph Marx**
                                          Signature of individual signing on behalf of debtor

                                          **Joseph Marx**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...............................................................    $    **31,500.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $    **6,208,537.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................    $    **6,240,037.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **5,994,562.37**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **27,829,089.18**

4. Total liabilities ......................................................................................
   Lines 2 + 3a + 3b      $    **33,823,651.55**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **5:23-bk-00839**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.
     ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Univest Bank and Trust Co.** | **Checking** | **0296** | **$0.00** |
| 3.2. | **Univest Bank and Trust Co.** | **Payroll** | **0320** | **$0.00** |
| 3.3. | **Fidelity Bank** | **Checking** | **6742** | **$0.00** |
| 3.4. | **Fidelity Bank** | **Payroll** | **6749** | **$0.00** |
| 3.5. | **Fidelity Bank** | **Checking** | **1851** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

- ■ No.  Go to Part 3.
- ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

- ☐ No.  Go to Part 4.
- ■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **9,599,985.00** - **5,671,411.00** =.... **$3,928,574.00**

                        face amount                         doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                           **$3,928,574.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Coils and similar inventory** | | **Unknown** | | **$10,000.00** |

23.    **Total of Part 5.**                                                           **$10,000.00**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Assorted office supplies and equipment | **Unknown** | | **$10,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

| | **$10,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See attached list** | **Unknown** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2021 Iowa Precision Pro-Fabriduct Full Coil Line System** | **Unknown** | **Unknown** |
| **2000 Engel Compact II Coline HVAC Duct Manufacturing System** | **Unknown** | **Unknown** |
| **See attached list** | **Unknown** | **Unknown** |

51.    **Total of Part 8.**                                                           **$0.00**

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Blackman Street Property - Parcel # 73-I9NE4 B002 L006** | **Fee simple** | **$0.00** | | **$16,500.00** |
| 55.2.  **Blackman Street Property Parcel # 73-I9NE4-002-005-000** | **Fee simple** | **$0.00** | | **$15,000.00** |

56.    **Total of Part 9.**                                                           **$31,500.00**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Loan Receivable from Marx NJ Group d/b/a Halo Marx** | **4,399,926.00** -<br>Total face amount | **2,199,963.00** =<br>doubtful or uncollectible amount | **$2,199,963.00** |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | |
| 73. | **Interests in insurance policies or annuities** | | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | | |
| 76. | **Trusts, equitable or future interests in property** | | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Key Man Life Insurance on Joseph Marx - Penn Mutual Insurance - Cash Surrender Value - May be subject to liens** | | | **$60,000.00** |

78.    **Total of Part 11.**
                                                                                              | **$2,259,963.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,928,574.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $31,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,259,963.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,208,537.00 | + 91b. $31,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,240,037.00 |

| Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|
| **Vehicles & Trailers** | | | | |
| 2005 | Sterling | A9500 | Truck Tractor - S/A | 2FWBA3CV25AU07876 |
| 2008 | Ford | F-550XL Super Duty | Flatbed Truck - S/A | 1FDAF56R08EA19468 |
| 2008 | Ford | F-450 Super Duty | Flatbed Truck - 4x4 | 1FDXF47R68EA73182 |
| 2000 | International | 4700 | Van/Body Truck - S/A | 1HTSCAAM1YH268174 |
| 2015 | Nissan | NV2500 HD | Panel Van | 1N6AF0LX3FN808010 |
| 1987 | Ford | E-350 | Cube Van | 1FDJE37M8RHB83856 |
| 2002 | Ford | E-450 Super Duty | Passenger Bus - S/A | 1FDXE45S221HB70541 |
| 2015 | Ford | F-250XLT Super Duty, Extended Cab | Pickup Truck - 4x4 | 1FT7X2B64FEA06662 |
| 2008 | Ford | F-150XLT, Crew Cab | Pickup Truck - 4x4 | 1FTPW14588TB25801 |
| 2015 | Volvo | XC60, T6 Platinum | Sport Utility Vehicle - AWD | YV4902RM5F2661431 |
| 2016 | Ford | Escape SE | Sport Utility Vehicle - 4x4 | 1FMCU9GX1GUA42135 |
| 2016 | Ford | Escape SE | Sport Utility Vehicle - 4x4 | 1FMCU9GX8GUA94173 |

| Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|
| 2007 | Cadillac | DTS, 4-Door | Automobile | 1G6KD57Y47U222374 |
| 2006 | Chevrolet | Silverado 1500 | Pickup Truck - 4x4 | 3GCEK14V06G143014 |
| 2017 | Ford | Escape SE | Sports Utility Vehicle - 4x4 | 1FMCU9GD0HUD82402 |
| 2021 | LGS PA, LLC | LSC4R8.5x24TE/FF, 24' | Aluminum Cargo Trailer, T/A | 53BLTEB23MP016076 |
| 2019 | LGS PA, LLC | ST8SX24TE3, 24' | Aluminum Cargo Trailer - T/A | 53BLTEB23KP008377 |
| 2019 | LGS PA, LLC | ST8SX24TE3, 24' | Aluminum Cargo Trailer - T/A | 53BLTEH23KP008375 |
| 1985 | Great Dane | 48' | Drop Deck Trailer - T/A | 1GRDM9620FM094004 |
| 2002 | Wabash National | 28' | Aluminum Van Trailer - S/A | 1JJV281W42L782846 (PA Registration Card) |
| 2000 | Wabash National | DVCHSA, 28' | Aluminum Van Trailer - S/A | 1JJV281W2YL705482 |
| 1999 | Wabash National | DVDRHSA 28' | Aluminum Van Trailer - S/A | 1JJV281W6XL515473 |
| 1988 | Pines | CTSR28102, 28" | Aluminum Van Trailer - S/A | 1PNE281F5JKB33872 |
| 1997 | Strick | 45' | Aluminum Van Trailer - T/A | 1S12S8454VD416392 |
| - | Fruehauf / Not Available | - | (3) Storage Trailers | MAJ-162702 & Not Available |
| 2004 | Great Dane | | Trailer | 1GRAA56148705856 |
| 2001 | Wabash National | | Trailer | 1JJV281W21L745843 |
| 2001 | Wabash National | | Trailer | 1JJV281N31L745351 |
| 1998 | Fruehauf | | Trailer | 1H2V0281919h012835 |
| 1998 | Pines | | Trailer | 1PNE281F9JKA27828 |
| 2022 | Freightliner | | Truck | 3ALACWFC3NDNK7162 |
| 2018 | GMC | Yukon | Truck | 1GKS2CKC0JR383717 |
| 1997 | Wabash National | | Trailer | 1JJV281J84VL360576 |

Marx Sheet Metal Mechanical, Inc.

| Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|
| 1999 | Washash National | | Trailer | 1JV281W8XL315538 |
| - | - | 18' | Tag-A-Long Coil Pipe Trailer - T/A | Not Available |
| **Forklifts, Pallet Jacks, & Scissor Lifts** | | | | |
| 2015 | Doosan | GC55C-5, 10,450# | Cushion Tired Forklift | FGBOE-1290-00062 |
| 1994 | Hyster | S100XL, 10,000# | Solid Tired Forklift | D04V08157R |
| 2000 | Hyster | H35XM, 3,300# | Cushion Tired Forklift | D001H06210X |
| - | Yale | MSW030SCN121V 083 | Walk Behind Stacker | E820N03103X |
| - | - | G941 | Walk Behind Pallet Jack | Not Available |
| 1997 | Grove | SM3884XT, 38' | Scissor Lift - 4x4 | 41042 |
| 1997 | JLG | 2646E, 26' | Scissor Lift | 200037623 |
| - | JLG | 2646E, 26' | Scissor Lift | Not Available |
| 1998 | JLG | 2032E2, 20' | Scissor Lift | 200044469 |
| 1998 | JLG | 2033E, 20' | Scissor Lift | 200041491 |
| **Brakes, Benders, & Rolls** | | | | |
| - | Pexto / Roto - Die | 15, 10'x14 GA | Hydraulic Bender | 82333 |
| - | - | 8' | Manual Brake | Not Available |
| - | Chicago | W37, 8' | Power Box and Pan Brake | 1098813 |
| - | Tennsmith | 4' | Power Box and Pan Brake | Not Available |
| - | R.T. Smith Manfacturing | 2024VP, 24"x20 GA | Vertical Cleat Bender | R0208741503 |
| - | Tennsmith | CB24, 24"x20 GA | Manual Cleat Bender | 16656 |
| - | - | 24" | Manual Chuck Bender | Not Available |
| 1989 | Roundo AB | IP110/5, 60"x10 GA | Plate Bending Roll | 1832 |
| - | Pexto | 381D, 36"x22 GA | Manual Slip Roll | 51 |
| **Duct Related Manufacturing Machines** | | | | |
| 2000 | Iowa Precision | CM4F-HD | Dual Head Connematic Corner Insertion Machine | CM0001 |
| 2009 | Jetline Engineering | LWS-60Z, 60" | Longitudinal Seam Welding Machine | 090009 |
| 2000 | Engel | M-516PS-V | Pittsburgh Seam Closer | 224-2000 |
| - | Victaulic | VE414MC | Roll Grooving Machine | 414M327 |

| Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|
| - | Engel | M1640, 18-26 GA | Roll Former | 121396-96 |
| - | Lockformer | AGF-16, 16 GA | Auto Guide Flanger | FB-AGF1618259 |
| - | Lockformer | 20 GA | Roll Former | FB-LS2018180 |
| - | Lockformer | SS20, 20 GA | Roll Former | SS2310 |
| - | Lockformer | - | Cleatformer Roll Former | C13080 (Partial Plate - Damaged) |
| 1989 | Roger Whitney / Pexto | 3617-D | Combination Rotary Machine | 579-3-389 |
| 2002 | Spiral - Helix | 200L | Spiral Tube Forming Machine | 4010202 |
| - | Duro Dyne | RH | Rolling Head Pin Spotter | 1369 |
| - | Duro Dyne | MFPT | Compact Pinspotter | Not Available (Plate Damage) |
| **Plasma Cutting Equipment** | | | | |
| - | Lockformer | Vulcan Plus 10 | Plasma Cutting Syst | VULGRYUS107408 / 65-050426 |
| 2000 | Miller | Spectrum 300 CutMate, 33.6 AMP | Plasma Cutting System | LA1584494 / Stock # 903479 |
| **Shear, Saw, Notcher, & Drill Press** | | | | |
| 1997 | Adira | GHS-0630, 10X1/4" | Hydraulic Squaring Shear | 3227 / 87/64D |
| 2010 | MSC | MH-916/RP | Horizontal Metal Cutting Bandsaw | 99283607 |
| - | Ruoff | - | Notcher | 26578 (Owner Provided) |
| - | Rockwell | Series 15-017 | Drill Press | 1559553 |
| **Trimble Equipment** | | | | |
| 2015 | Trimble | TX-8 | 3D Laser Scanner | 945101776 |
| 2021, N/A | Trimble | RTS673 | Robotic Total Station | (2) 74130309, 73710006 |
| **Welders, Air Compressor & Generator** | | | | |
| 2009 | Miller | PipeWork 400 | Multiprocessor Welding System | LK22011 14G / Stock# 907382 |
| 1999 | Miller | Millermatic 185 | MIG Welding Power Source | KK062168 / Stock# 903497 |
| 2021 | Miller | Millermatic 180 Auto-Set | MIG Welding Power Source | MB100525N / Stock# 907312 |

| Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|
| 1999 | Lincoln | Square Wave Tig 275 | TIG Welding Power Source | U1990107504 / Code# 10605 |
| 2001 | Lincoln | Power Mig 255 | MIG Welding Power Source | U1010305353 / Code # 10563 |
| - | Roper Whitney | 15KVA | Rocker Arm Spot Welder | EH922 |
| - | Ingersoll-Rand | T30, 30HP | Horizontal Air Compressor | Not Available |
| - | Tahoe | TPI7000 LXH 7,000 Watt | Portable Generator | HP 13116398 |

| Item # | Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|---|
| **Forklift** | | | | | |
| HM1 | 1998 | Hyster | S120XL2, 11,700# | Solid Tired Forklift | D004D06425V |
| **Plasma Cutting Equipment** | | | | | |
| HM2 | - | East Coast | - | Plasma Cutting System | Not Available / 15770509 |
| HM3 | - | East Coast | - | Plasma Cutting System | Not Available / Not Available |
| HM4 | - | InnerLogic | SR-45i, 45 AMP | Plasma Cutting Systems | (3) 3250696, 0190691, Not Available |
| **Welders & Air Compressor** | | | | | |
| HM5 | 2009 | Miller | Millermatic 252 | MIG Welding Power Source | LK130332N / Stock# 907322 |
| HM6 | 2001 | Miller | Millermatic 250X | MIG Welding Power Source | LB181390 / Stock# 903770 |
| HM7 | 2001 | Miller | Millermatic 250X | MIG Welding Power Source | LB087408/ Stock# 903770 |
| HM8 | 2001 | Miller | Millermatic 135XP | Wire Welder | LB038031 / Stock# 907001 |
| HM9 | - | Lors | 150AR-DV, 50 KVA | Rocker Arm Spot Welder | 802-7240 |
| HM10 | - | Ingersoll-Rand | 2345K10-P, 10HP | Vertical Air Compressor | CBV199846 |
| **Brake, Benders, & Rolls** | | | | | |
| HM11 | - | Roto-Die | 15, 10'x14 GA | Hydraulic Bender | 98408 |
| HM12 | - | Roper Whitney | 816, 8'x16 GA | Manual Brake | 3621-7-00 |

| Item # | Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|---|---|---|---|---|---|
| HM13 | - | Tennsmith | CB 18, 18" | Manual Cleat Bender | Not Available |
| HM14 | - | Rams | 24" | Manual Check Bender | Not Available |
| HM15 | 1988 | Roundo AB | IP 110/5, 60"x10 GA | Plate Bending Roll | 1715 |
| HM16 | - | Pexto | 30"x2" | Slip Roller | Not Available |
| **Shear, Saw, & Ironworker** | | | | | |
| HM17 | - | Cincinnati | 1010, 10x10 GA | Mechanical Sheer | 32926 |
| HM18 | - | Scotchman | CPO350 HT, 14" | Circular Cold Saw | B70240405 |
| HM19 | - | Mubea | HPS250, 28 Ton | Ironworker | 01508864282825 |
| **Duct Related Manufacturing Machines** | | | | | |
| HM20 | 2009 | Iowa Precision | FAH-1672-VP, Pro-XVI, Whisper-Loc | Seam Closing Machine | FAH120901 |
| HM21 | 2009 | Iowa Precision | CM-C-HDA | Dual Head Cornermatic Corner Insertion Machine | CM120901 |
| HM22 | - | Lockformer | 6016, 16-30 GA | Beading Roll Former | FB060130 |
| HM23 | - | Lockformer | AGF-16, 16 GA | Auto Guide Flanger | AG3631 |
| HM24 | - | Lockformer | SS20, 20 GA | Roll Former | SSFS3307 |
| HM25 | - | Lockformer | 20 GA | Roll Former | 2996 |
| HM26 | - | Lockformer | 20 GA | Roll Former | (Plate Damaged) |
| HM27 | 1989 | Lockformer | 22 GA | Cleatformer Roll Former | C13603 |
| HM28 | - | Lockformer | TDC | Roll Former | Not Available |
| HM29 | 1958 | Niagara | #180 | Combination Rotary Machine | 71612 |

10454568.v1

| Item # | Year | Manufacturer | Model | Product Type | VIN / Serial Number |
|--------|------|--------------|-------|--------------|---------------------|
| HM30 | - | Duro Dyne | RH | Rolling Head Pin Spotter | Not Available |
| HM31 | - | Harper / Engel | - | Angle Iron Machine | Not Available |

Debtor name     **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)     **5:23-bk-00839**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1** **American Contractors Indemnity Co.**

Creditor's Name

**801 S. Figueroa St
Suite 700
Los Angeles, CA 90017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Blanket Lien on all corporate assets**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| **$0.00** | **Unknown** |
|---|---|

---

**2.2** **Berkley Insurance Co.**

Creditor's Name

**475 Steamboat Road
Greenwich, CT 06830**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Blanket Lien on all corporate assets**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| **Unknown** | **$0.00** |
|---|---|

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GreatAmerica Financial Services** | Describe debtor's property that is subject to a lien | $21,166.94 | Unknown |
|---|---|---|---|---|

Creditor's Name

**625 First Street**
**Cedar Rapids, IA**
**52401-2030**

**Trimble Equipment**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Univest Bank and Trust Co.** | Describe debtor's property that is subject to a lien | $2,200,894.69 | Unknown |
|---|---|---|---|---|

Creditor's Name

**14 N. Main Street**
**Souderton, PA 18964**

**2021 Iowa Precision Pro-Fabriduct Full Coil Line System**

Creditor's mailing address

**Describe the lien**
**Blanket Lien on all corporate assets**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Univest Bank and Trust Co.** | Describe debtor's property that is subject to a lien | $3,757,168.74 | Unknown |
|---|---|---|---|---|

Creditor's Name

**14 N. Main Street**
**Souderton, PA 18964**

**2000 Engel Compact II Coline HVAC Duct Manufacturing System**

Creditor's mailing address

**Describe the lien**
**Blanket Lien on all corporate assets**
**Is the creditor an insider or related party?**

☐ No

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 4

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **US Bank Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Equipment**

$15,332.00    Unknown

**1310 Madrid Street
Marshall, MN 56258**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8600**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,994,562.37

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Gilliss, Esquire**<br>**White & Williams**<br>**600 Washington Ave, Suite 303**<br>**Towson, MD 21204** | Line **2.2** | |
| **Paige Willan, Esquire**<br>**Klehr Harrison Harvey Branzburg**<br>**1835 Market Street, Suite 1400**<br>**Philadelphia, PA 19103** | Line **2.4** | |
| **Simmons Perrine Moyer Bergman**<br>**1150 Fifth Avenue**<br>**Suite 170**<br>**Coralville, IA 52241** | Line **2.3** | |

Fill in this information to identify the case:

Debtor name   **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **5:23-bk-00839**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim: **Unknown** | Priority amount: **Unknown** |
|---|---|---|---|---|

**Commonwealth of Pennsylvania
Dept of Revenue
PO Box 280946
Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim: **Unknown** | Priority amount: **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**

**Bankruptcy Specialist PO Box
7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document      Page 21 of 83

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|-----|-----|-----|-----|

| | **Luzerne County Treasurer** | *Check all that apply.* |
|---|---|---|
| | **20 N. Pennsylvania Avenue** | ☐ Contingent |
| | **Wilkes Barre, PA 18701** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Real Estate Taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,840.92** |
|---|---|---|---|

| | **A-Verdi** | ☐ Contingent |
|---|---|---|
| | **14150 Route 31** | ☐ Unliquidated |
| | **Savannah, NY 13146** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,674.51** |
|---|---|---|---|

| | **A.J. Blosenski, Inc.** | ☐ Contingent |
|---|---|---|
| | **A Waste Connections Company** | ☐ Unliquidated |
| | **PO Box 392** | ☐ Disputed |
| | **Elverson, PA 19520-0392** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _5837_ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

| | **Abe Solomon Realty Co.** | ☐ Contingent |
|---|---|---|
| | **701 S Main Street** | ☐ Unliquidated |
| | **Wilkes Barre, PA 18702** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,277.24** |
|---|---|---|---|

| | **Able Equipment Rental Inc.** | ☐ Contingent |
|---|---|---|
| | **PO Box 69335** | ☐ Unliquidated |
| | **Baltimore, MD 21264-9335** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,263.97** |
|---|---|---|---|

| | **Accuspec, Inc.** | ☐ Contingent |
|---|---|---|
| | **c/o The Kaighn Company** | ☐ Unliquidated |
| | **663 Raritan Road, Suite C** | ☐ Disputed |
| | **Cranford, NJ 07016** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.31 |

**Acia, LTD**
**PO Box 127**
**Emigsville, PA 17318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.08 |

**Action Lift, Inc.**
**1 Memco Dr.**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0855**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $846.00 |

**Admar**
**121 Armstrong Road**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,101.85 |

**Advance Controls, Inc.**
**4505 18th Street**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396,434.06 |

**Advanced Speciality Contractor**
**1077 Commercial Ave.**
**East Petersburg, PA 17520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258.67 |

**Airflow Company**
**PO Box 630609**
**Baltimore, MD 21263-0609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,296.56 |

**Airgas USA, LLC**
**6055 Rockside Woods Blvd. N.**
**Independence, OH 44131-2329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6185**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.94 |
|---|---|---|---|

**AJB Trash & Recycling Service**
**PO Box 392**
**Elverson, PA 19520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,593.00 |
|---|---|---|---|

**Albireo Energy LLC**
**126 Sandy Drive**
**Newark, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**American Arbitration Association**
**120 Broadway**
**21st Floor**
**New York, NY 10271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**American Geophysics, Inc.**
**180 Main Street, #177**
**Butler, NJ 07405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,299.81 |
|---|---|---|---|

**American Strip Steel**
**901 Coopertown Road**
**Delanco, NJ 08078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,572.00 |
|---|---|---|---|

**AMICO**
**85 Fulton Way, Richmon Hill**
**Ontario, Canada L4B2N4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.36 |
|---|---|---|---|

**Anthracite Rubber**
**PO Box F**
**Shavertown, PA 18708-0878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **MARX**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.43** |
| | APR Supply Co. | ☐ Contingent | |
| | 749 West Guilford Street | ☐ Unliquidated | |
| | Lebanon, PA 17046 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$566.26** |
| | ARC Document Solutions LLC | ☐ Contingent | |
| | 417 North 8th Street | ☐ Unliquidated | |
| | Philadelphia, PA 19123 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
| | Ascensus | ☐ Contingent | |
| | 23693 Network Place | ☐ Unliquidated | |
| | Chicago, IL 60673-1236 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,859.00** |
| | Assured Partners | ☐ Contingent | |
| | 1130 Highway 315 | ☐ Unliquidated | |
| | Wilkes Barre, PA 18702 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,971.00** |
| | Astro Pak | ☐ Contingent | |
| | 270 E. Baker Street | ☐ Unliquidated | |
| | Suite 100 | ☐ Disputed | |
| | Costa Mesa, CA 92626 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
| | Atlantic Propane | ☐ Contingent | |
| | PO Box 3516 | ☐ Unliquidated | |
| | Scranton, PA 18505 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,251.00** |
| | ATMOS-TECH INDUSTRIES | ☐ Contingent | |
| | 1108 Pollack Ave. | ☐ Unliquidated | |
| | Ocean, NJ 07712 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,523.04 |
|---|---|---|---|

**Banner Industries**
**One Industrial Drive**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.78 |
|---|---|---|---|

**BBC International**
**PO Box 434**
**New Hope, PA 18938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,424.03 |
|---|---|---|---|

**BeaconMeades**
**1059 Paragon Way**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.10 |
|---|---|---|---|

**Beaver Valley Environmental, L**
**714 Beaver Valley Road**
**Bloomsburg, PA 17815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.87 |
|---|---|---|---|

**Best Line Equipment**
**2582 Gateway Drive**
**State College, PA 16801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,176.23 |
|---|---|---|---|

**Betz Mechanical & Industrial Suppli**
**P.O. Box 16210**
**Philadelphia, PA 19114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7901**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,538.56 |
|---|---|---|---|

**Binghamton Hardware Co.**
**PO Box 927**
**101 Eldredge Street**
**Binghamton, NY 13902-0927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,322.00 |
|---|---|---|---|
| | **Blankin Equipment**<br>**489 Shoemaker Road**<br>**King of Prussia, PA 19406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,050.00 |
|---|---|---|---|
| | **Blue Sky Controls**<br>**1801 Market Street**<br>**Suite 220**<br>**Philadelphia, PA 19103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,040.50 |
|---|---|---|---|
| | **Brandsafway**<br>**740 Veterans Drive**<br>**Swedesboro, NJ 08085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|
| | **Builders Supply Co.**<br>**PO Box 192**<br>**Wilkes Barre, PA 18703-0192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **R600** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.39 |
|---|---|---|---|
| | **Burt Process Equipment**<br>**PO Box 185100**<br>**Hamden, CT 06518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.43 |
|---|---|---|---|
| | **Bush Distributors**<br>**504 E. Wingohocking Street**<br>**Philadelphia, PA 19120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,990.50 |
|---|---|---|---|
| | **BWS**<br>**PO Box 954**<br>**Glenside, PA 19038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document      Page 27 of 83

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,407.00 |
|---|---|---|---|
| | C.H. Reed<br>301 Poplar Street<br>Hanover, PA 17331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,323.37 |
|---|---|---|---|
| | Camden Yards Steel<br>2500 Broadway<br>Drawer 14<br>Camden, NJ 08104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.13 |
|---|---|---|---|
| | Canon Financial Services, Inc.<br>14904 Collections Center Dr.<br>Chicago, IL 60693-0149 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.50 |
|---|---|---|---|
| | Capital Group American Funds<br>PO Box 659530<br>San Antonio, TX 78265-9530 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.39 |
|---|---|---|---|
| | Cardmember Service<br>PO Box 106<br>Saint Louis, MO 63166-0108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,668.99 |
|---|---|---|---|
| | Carpenter & Paterson, Inc.<br>PO Box 347831<br>Pittsburgh, PA 15251-4876 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,864.00 |
|---|---|---|---|
| | Carrier Corporation<br>29917 Network Place<br>Chicago, IL 60673-1299 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12.14.22 - 8.31.22 | Basis for the claim: _ | |
| | Last 4 digits of account number  5716 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.40 |
|---|---|---|---|

**Central Clay Products, Inc.**
**101 Scott Street**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**Chesco Coring and Cutting**
**2047 Charlestown Road**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,605.42 |
|---|---|---|---|

**Cintas Corporation**
**1065 Hanover Street**
**Wilkes Barre, PA 18707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.69 |
|---|---|---|---|

**Circle Bolt & Nut Co., Inc.**
**158 Pringle Street**
**Kingston, PA 18704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.00 |
|---|---|---|---|

**City of Philadelphia**
**Parking Violations**
**PO Box 41819**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6593**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.50 |
|---|---|---|---|

**City of Wilkes Barre**
**40 East Market Street**
**Wilkes Barre, PA 18711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**Clapp Associates, Inc.**
**1325 O'Reilly Drive**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,940.00** |
|---|---|---|---|

**Clean Work Booth, Inc.**
2344 Jones Road
Jacksonville, FL 32220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,244.00** |
|---|---|---|---|

**Clear Spring Insurance**
PO Box 74007141
Chicago, IL 60674-7141

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00** |
|---|---|---|---|

**CM3 Building Solutions**
185 Commerce Drive
Suite 200
Fort Washington, PA 19034

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,463.83** |
|---|---|---|---|

**Cohen, Seglias, Pallas**
30 South 17th Street
Philadelphia, PA 19102-1912

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Cohnreznick LLP**
101 Crawfords Corner Road
Holmdel, NJ 07733

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,656.74** |
|---|---|---|---|

**Colony Hardware Corp.**
101 Wesley Drive
Mechanicsburg, PA 17055

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295,077.50** |
|---|---|---|---|

**Commonwealth of PA. Dept of Labor
& Industry - Unemployment Comp Fund**
651 Boas Street
Harrisburg, PA 17121-0750

Date(s) debt was incurred _

Last 4 digits of account number  **6277**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,575.89 |
| --- | --- | --- | --- |
| | **Comprehensive Test & Balance** | ☐ Contingent | |
| | **55 Park Drive** | ☐ Unliquidated | |
| | **Dover, PA 17315** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,164.00 |
| --- | --- | --- | --- |
| | **Conner Strong & Buckelew** | ☐ Contingent | |
| | **40 Lake Center** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **Marlton, NJ 08053** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,130.75 |
| --- | --- | --- | --- |
| | **Cooney Coil & Energy, Inc.** | ☐ Contingent | |
| | **c/o Richard T. Avis, Esq.** | ☐ Unliquidated | |
| | **P.O. Box 31579** | ☐ Disputed | |
| | **Chicago, IL 60631** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4636** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,672.90 |
| --- | --- | --- | --- |
| | **Cooney Technologies** | ☐ Contingent | |
| | **20130 Valley Forge Circle** | ☐ Unliquidated | |
| | **King of Prussia, PA 19406** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465.35 |
| --- | --- | --- | --- |
| | **Cooper Electric Co.** | ☐ Contingent | |
| | **1321 Wyoming Ave.** | ☐ Unliquidated | |
| | **Exeter, PA 18643** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
| --- | --- | --- | --- |
| | **Credit Collection Services** | ☐ Contingent | |
| | **725 Canton Street** | ☐ Unliquidated | |
| | **Norwood, MA 02062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NJ EzPass** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
| --- | --- | --- | --- |
| | **CVI Protective Services** | ☐ Contingent | |
| | **1075 Oak Street** | ☐ Unliquidated | |
| | **Pittston, PA 18640** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,968.93 |
|---|---|---|---|

**Daikin Applied Americas, Inc.**
**13600 Industrial Park Blvd.**
**Minneapolis, MN 55441**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.28 |
|---|---|---|---|

**Danko Gas Service**
**124 Parrish Road**
**Laurel Run, PA 18706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,940.20 |
|---|---|---|---|

**DB Utility Contractors LLC**
**1250 Bethlehem Pike**
**Hatfield, PA 19440**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.71 |
|---|---|---|---|

**De Lage Landen Financial**
**PO Box 41602**
**Philadelphia, PA 19101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,793.58 |
|---|---|---|---|

**Deacon Industrial Supply Co**
**c/o CCC of New York**
**PO Box 288**
**Tonawanda, NY 14151-0288**

Date(s) debt was incurred _
Last 4 digits of account number  **9448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,091.00 |
|---|---|---|---|

**Del Val Equipment**
**604 General Washington Ave.**
**Norristown, PA 19403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,291.00 |
|---|---|---|---|

**Delren HVAC, Inc.**
**141 Shreve Ave.**
**Barrington, NJ 08007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,522.00 |
|---|---|---|---|

**Delta Contracting Services**
**12 Connerty Court**
**Unit A**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,062.35 |
|---|---|---|---|

**Delta Electrical Systems, Inc.**
**11 Garfield Street**
**Nanticoke, PA 18634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,256.56 |
|---|---|---|---|

**Deltek+Computerease**
**62 Dallas Shopping Center 380**
**Dallas, PA 18612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.80 |
|---|---|---|---|

**Design Plastic Systems, Inc.**
**2560 Blvd. of the Generals**
**Norristown, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,663.10 |
|---|---|---|---|

**Diamond Manufacturing Company**
**243 West Eighth Street**
**Wyoming, PA 18644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,417.81 |
|---|---|---|---|

**Diamond Tool**
**2800 Grays Ferry Avenue**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DOT Compliance Group**
**PO Box 5090**
**Tyler, TX 75712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,100.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Dunmore Roofing & Supply**
**PO Box 2**
**Dunmore, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,034.80** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**DVL**
**115 Sinclair Road**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Dynamic Balancing Co., Inc.**
**831 Crooked Lane**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,962.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**EF Siegfried LLC**
**1811 Walnut Avenue**
**Oreland, PA 19075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362,284.70** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Elan Sales**
**co US Bank Corporate Payment System**
**12800 Foster Street**
**Overland Park, KS 66213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  CPS Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,349.77** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Elgen Manufacturing**
**PO Box 563**
**Bedford Park, IL 60499-0536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,433.48** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Elite Air Systems**
**57 Ash CTR**
**Warminster, PA 18974-4800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,294.98 |
|---|---|---|---|

**Elite Revenue Solutions LLC**
**100 N. Wilkes-Barre Blvd.**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,233.28 |
|---|---|---|---|

**EMS**
**1295 Industrial Center, 604**
**Westville, NJ 08093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,433.48 |
|---|---|---|---|

**Energy Transfer Solutions**
**1220 Ward Ave.**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.78 |
|---|---|---|---|

**Engineered Air**
**c/o Commerce Bank**
**PO Box 1618**
**Kansas City, MO 64180-1618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795,661.87 |
|---|---|---|---|

**Engineered Building Systems**
**PO Box 1171**
**Wilkes Barre, PA 18703-1171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,990.78 |
|---|---|---|---|

**Enhanced Systems & Products**
**4700 Watson Drive**
**Doylestown, PA 18902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,437.23 |
|---|---|---|---|

**Enterprise Fleet Mgmt.**
**P.O. Box 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7410**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,830.43** |
|---|---|---|---|

**Enterprise FM Trust**
**Enterprise Fleet Mgt Cust**
**PO Box 0089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,408.94** |
|---|---|---|---|

**Equipment Share**
**5710 Bull Run Drive**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7787**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,001.15** |
|---|---|---|---|

**ERB Company**
**c/o CCC of New York**
**PO Box 288**
**Tonawanda, NY 14151-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,266.57** |
|---|---|---|---|

**F.W. Webb Company**
**1665 East Race Street**
**Allentown, PA 18109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Falasca Mechnical Inc**
**3329 N. Mill Road**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,056.72** |
|---|---|---|---|

**Falzone's Towing Service Inc.**
**271 North Sherman Street**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,243.63** |
|---|---|---|---|

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340,322.24** |
|---|---|---|---|

**Ferguson HVAC**
**PO Box 417592**
**Boston, MA 02241-7592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fidelity Bank**
**PO Box 997**
**Scranton, PA 18501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,300.00** |
|---|---|---|---|

**Fisher Balancing Company**
**1799 Glassboro-Cross Keys Road**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,900.20** |
|---|---|---|---|

**Foley Rents**
**2973 Galloway Road**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$432.83** |
|---|---|---|---|

**Foundation Building Materials**
**2 Stevens Rd.**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,367.00** |
|---|---|---|---|

**Fox Tapping, Inc.**
**1112 Nursery Road**
**Wrightsville, PA 17368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$739.37** |
|---|---|---|---|

**G&S Fasteners Systems**
**600 Front Street**
**Whitehall, PA 18052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Gage-It, Inc.**
**94 N Branch Street**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GE Appliances, a HAIER Company**
**PO Box 412233**
**Boston, MA 02241-2330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**General Aire Systems, Inc**
**PO Box 110**
**Darby, PA 19023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,912,071.63 |
|---|---|---|---|

**Genesis Engineers, Inc.**
**One Sentry Parkway, Suite 100**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,489.98 |
|---|---|---|---|

**GFL/County Waste**
**PO Box 555193**
**Detroit, MI 48255-5193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,353.06 |
|---|---|---|---|

**Gil-Bar Solutions**
**711 N. York Road**
**Willow Grove, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.59 |
|---|---|---|---|

**Glen Summit Springs Water Co.**
**PO Box 129**
**Mountain Top, PA 18707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.99 |
|---|---|---|---|

**Gold Star Wide Format**
**33 S. Wilkes-Barre Blvd.**
**North Suite**
**Wilkes Barre, PA 18702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.19 |
|---|---|---|---|

**Golden Business Machines, Inc.**
**165 Church Street**
**Kingston, PA 18704-0700**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.42 |
|---|---|---|---|

**Goodman Air Conditioning & Heating**
**PO Box 660503**
**Dallas, TX 75266-0503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**GPRS**
**5217 Monroe Street**
**Suite A**
**Toledo, OH 43623**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,242.82 |
|---|---|---|---|

**Grainger**
**Dept. 748 - 815859715**
**Palatine, IL 60038-0001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671,618.67 |
|---|---|---|---|

**Guller Commercial & Industrial**
**652 Germantown Pike**
**Lafayette Hill, PA 19444**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,658.00 |
|---|---|---|---|

**H&H Sales Associates, Inc.**
**4510A Westport Drive**
**Mechanicsburg, PA 17055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,277.30 |
|---|---|---|---|

**H&H Service Company**
**4510A Westport Drive**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299,735.07 |
|---|---|---|---|

**H.C. NYE Company**
**6405 Flank Drive**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,257.90 |
|---|---|---|---|

**Hajoca Corp dba Eastern Penn Supply**
**473 Epsco Berwick**
**7612 Columbia Blvd.**
**Berwick, PA 18603-9043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5704

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,516.07 |
|---|---|---|---|

**Hale Trailer**
**PO Box 1400**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,917.28 |
|---|---|---|---|

**Harrington Industrial Plastics**
**PO Box 676273**
**Dallas, TX 75267-6273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,020.18 |
|---|---|---|---|

**Haun Welding Supply Inc.**
**16 Keystone Industrial Park**
**Scranton, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,971.30 |
|---|---|---|---|

**HCT Control Technology**
**130 Gedney Road**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Herman Goldner Co.**
**7777 Brewster Ave.**
**Philadelphia, PA 19153**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.45 |
|---|---|---|---|

**Higher Informaiton Group**
**400 North Blue Ribbon Avenue**
**Harrisburg, PA 17112**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.77 |
|---|---|---|---|

**HILTI Inc.**
**PO Box 70299**
**Philadelphia, PA 19176-0299**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.29 |
|---|---|---|---|

**Home Depot Credit Services**
**P.O. Box 6405**
**Sioux Falls, SD 57117-6405**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0055**

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Honeywell International Inc.**
**1985 Douglas Drive**
**Golden Valley, MN 55442**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,440.25 |
|---|---|---|---|

**Hose Power**
**2075 High Hill Road**
**Logan Township, NJ 08085**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,782.00 |
|---|---|---|---|

**HPS Specialties**
**PO Box 4284**
**Media, PA 19063**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HVAC Distributors Inc.**<br>**Two Old Market Street**<br>**Mount Joy, PA 17552-0160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,794.31 |
|---|---|---|---|
| | **I B Dickison & Sons Inc.**<br>**1089 Van Reed Road**<br>**Reading, PA 19605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243,121.75 |
|---|---|---|---|
| | **IAR Inc.**<br>**119 Cooper Street**<br>**Babylon, NY 11702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|
| | **Independent Balancing Compnay**<br>**4052 Ridge Ave.**<br>**Philadelphia, PA 19129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,200.00 |
|---|---|---|---|
| | **Integrated Systems Solutions**<br>**1432 Oak Drive**<br>**Shavertown, PA 18708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,794.75 |
|---|---|---|---|
| | **Integritec, Inc.**<br>**5093 N. Lehigh Groge Road**<br>**White Haven, PA 18661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,364.50 |
|---|---|---|---|
| | **Interstate Chemical Company**<br>**2797 Freedland Road**<br>**Hermitage, PA 16148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.00 |
|---|---|---|---|

**IRR Supply Centers**
**908 Niagara Falls Blvd.**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,586.32 |
|---|---|---|---|

**J.F. Martin Inc.**
**4170 Richmond Street**
**Philadelphia, PA 19137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,766.89 |
|---|---|---|---|

**JGF Funding**
**400 North Blue Ribbon Avenue**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,154.17 |
|---|---|---|---|

**JHP Industrial Supply Co.**
**321 W Taylor Street**
**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,199.27 |
|---|---|---|---|

**John F. Scanlan, Inc.**
**1238-46 Belmont Avenue**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.00 |
|---|---|---|---|

**Johnson Controls Inc.**
**27 Jackson Rd., Suite 303**
**Devens, MA 01434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,745.96 |
|---|---|---|---|

**Joseph F. O'Hora and Sons, Inc.**
**1400-02 N. Washington Ave.**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:23-bk-00839-MJC   Doc 22   Filed 05/12/23   Entered 05/12/23 12:53:31   Desc
Main Document     Page 43 of 83

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,536.32** |
|---|---|---|---|

**JPC Group, Inc.**
**1309 Harmony Street**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,340.00** |
|---|---|---|---|

**KEM-TUFF**
**32 Boyer Circle**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,460.05** |
|---|---|---|---|

**Kirm & Blum**
**8735 W Market St**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,677.53** |
|---|---|---|---|

**Klenzoid**
**PO Box 389**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,357.57** |
|---|---|---|---|

**Kolbi Pipe Markers**
**3727 N. Ventura Drive**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,374.65** |
|---|---|---|---|

**KONE**
**P.O. Box 22251**
**New York, NY 10087-2251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5412**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$532,305.00** |
|---|---|---|---|

**Lackawanna American Insurance Co.**
**46 Public Square**
**Ste 501**
**Wilkes Barre, PA 18701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,745.40 |
|---|---|---|---|

**Lane's Crane Service**
**1024-26 Springbrook Avenue**
**Moosic, PA 18507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.47 |
|---|---|---|---|

**Lee Electric**
**240 Hickory Street**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,906.00 |
|---|---|---|---|

**LF Driscoll**
**401 East City Avenue**
**Suite 500**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LGH**
**9925 Industrial Drive**
**Bridgeview, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,510.32 |
|---|---|---|---|

**Local 25 Sheet Metal Benefit Funds**
**c/o Ryan Sweeney, Esq.**
**325 Chestnut St., Suite 200**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Local 27- Trustees**
**c/o O'Brien Belland & Bushinsky LLC**
**509 S. Lenola Rd., Bldg. 6**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,056.43 |
|---|---|---|---|

**Louis P. Canuso, Inc.**
**401 Crown Point Road**
**Thorofare, NJ 08086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document    Page 45 of 83

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,960.00 |
|---|---|---|---|
| | **Major Medical Hospital Service**<br>**150 Cooper Road**<br>**Suite G-20**<br>**West Berlin, NJ 08091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641,616.12 |
|---|---|---|---|
| | **MAS Construction Services**<br>**121 Market Street**<br>**Suite 316**<br>**Camden, NJ 08102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.00 |
|---|---|---|---|
| | **Mason Industries**<br>**PO Box 410**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,387.76 |
|---|---|---|---|
| | **McCarthy Tire & Auto Center**<br>**PO Box 1125**<br>**Wilkes Barre, PA 18703-1125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,233.00 |
|---|---|---|---|
| | **McGregor Industries, Inc.**<br>**46 Line Street**<br>**Dunmore, PA 18512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.84 |
|---|---|---|---|
| | **McMaster-Carr Supply Co.**<br>**PO Boz 7690**<br>**Chicago, IL 60680-7690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0418** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,432.00 |
|---|---|---|---|
| | **Medical Gas Solutions, Inc.**<br>**20 McDonald Blvd.**<br>**Aston, PA 19014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,966.83 |
|---|---|---|---|

**Meier Supply Co., Inc.**
**275 Broome Corporate Prwy**
**Conklin, NY 13748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,574.35 |
|---|---|---|---|

**MLP Plumbing & Mechanical**
**3198 Union Road**
**Suite 300**
**Cheektowaga, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,358.20 |
|---|---|---|---|

**Modern Fasteners**
**1701-A Loretta Avenue**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,299.00 |
|---|---|---|---|

**Modular Services Company**
**500 East Britton Road**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,122.82 |
|---|---|---|---|

**Montana Dept. of Labor & Industry**
**Unemployment Insurance Div.**
**P.O. Box 6339**
**Helena, MT 59604-6339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0383

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,439.00 |
|---|---|---|---|

**Montana Dept. of Revenue**
**PO Box 6309**
**Helena, MT 59604-6309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,700.00 |
|---|---|---|---|

**Mountain Air Balancing**
**PO Box 598**
**Tunkhannock, PA 18657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,204.68** |
| | **MPF Insulation LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,203.17** |
| | **Nefco Corporation** | ☐ Contingent | |
| | **415 Boot Road** | ☐ Unliquidated | |
| | **Downingtown, PA 19335** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **New Jersey Department of Labor** | ☐ Contingent | |
| | **and Workforce Development** | ☐ Unliquidated | |
| | **PO Box 058** | ☐ Disputed | |
| | **Trenton, NJ 08625-0058** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **New York State** | ☐ Contingent | |
| | **Department of Labor** | ☐ Unliquidated | |
| | **PO Box 15130** | ☐ Disputed | |
| | **Albany, NY 12212-5130** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **New York State Department of Labor** | ☐ Contingent | |
| | **Unemployment Insurance Divison** | ☐ Unliquidated | |
| | **PO Box 15122** | ☐ Disputed | |
| | **Albany, NY 12212-5122** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,373.00** |
| | **New York State Dept of Taxation Fin** | ☐ Contingent | |
| | **PO Box 15012** | ☐ Unliquidated | |
| | **Albany, NY 12212-5012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **New York State Dept. of** | ☐ Contingent | |
| | **Taxation & Finance Civil Enforcemen** | ☐ Unliquidated | |
| | **WA Harriman Campus** | ☐ Disputed | |
| | **Albany, NY 12220-0841** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document    Page 48 of 83

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,139.41 |
|---|---|---|---|

**Newell Fuel Service**
**PO Box B**
**Dallas, PA 18612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,302.00 |
|---|---|---|---|

**Nexgen Automation, Inc.**
**4501 Chambers Hill Road**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,616.55 |
|---|---|---|---|

**Nissan Motor Acceptance**
**PO Box 740596**
**Cincinnati, OH 45274-0596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.91 |
|---|---|---|---|

**Nivert Metals**
**1100 Marshwood Road**
**Scranton, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.25 |
|---|---|---|---|

**NJ E-ZPass**
**c/o CCS USA**
**725 Canton Street**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,592.24 |
|---|---|---|---|

**NRG Controls**
**PO Box 235**
**Selinsgrove, PA 17870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.72 |
|---|---|---|---|

**Nutech Hydronic Specialty Prod**
**2705 Clemens Road**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.67 |
|---|---|---|---|

**NYSIF Disability Benefits**
**PO Box 5520**
**Binghamton, NY 13902-5520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.00 |
|---|---|---|---|

**Occupational Health Centers**
**of Southwest PA, PC**
**PO Box 8750**
**Elkridge, MD 21075-3214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4861**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,703.81 |
|---|---|---|---|

**Onicon**
**11451 Belcher Road**
**South Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.32 |
|---|---|---|---|

**Orange County Winsupply**
**157 Bracken Road**
**Montgomery, NY 12549-2602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,149.97 |
|---|---|---|---|

**PA Unemployment Compensation Fund**
**PO Box 60848**
**Harrisburg, PA 17106-0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/2022, 3/2022, 4/2022**

**Basis for the claim:** _

**Last 4 digits of account number  7323**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.03 |
|---|---|---|---|

**PA-American Water Co.**
**PO Box 371412**
**Pittsburgh, PA 15250-7412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,449.81 |
|---|---|---|---|

**Parsons Sales Co., Inc.**
**310 George Avenue**
**Wilkes Barre, PA 18705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,490.95 |
|---|---|---|---|

**3.202** Nonpriority creditor's name and mailing address
**Passaic Metals (PAMPCO)**
**5 Central Avenue**
**Clifton, NJ 07011**

Date(s) debt was incurred  **10/31/22**

Last 4 digits of account number  **0446**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$69,490.95**

---

**3.203** Nonpriority creditor's name and mailing address
**PD Construction Group**
**309 Camer Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$23,239.00**

---

**3.204** Nonpriority creditor's name and mailing address
**PECO**
**P.O. Box 37629**
**Philadelphia, PA 19101-0629**

Date(s) debt was incurred  _

Last 4 digits of account number  **5063**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$616.09**

---

**3.205** Nonpriority creditor's name and mailing address
**Peirce Phelps, LLC**
**516 E. Township Line Rd.**
**Blue Bell, PA 19422-2197**

Date(s) debt was incurred  _

Last 4 digits of account number  **2018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206** Nonpriority creditor's name and mailing address
**PENA - PLAS**
**1249 Mid Valley Drive**
**Jessup, PA 18434**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14.60**

---

**3.207** Nonpriority creditor's name and mailing address
**Penn Mutual Life Ins. Co.**
**Payment Processing Center**
**PO Box 7460**
**Philadelphia, PA 19101-7460**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42,030.35**

---

**3.208** Nonpriority creditor's name and mailing address
**Penn Pump**
**2880 Bergy Road**
**Unit O**
**Hatfield, PA 19440**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,503.75**

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,247.95 |
|---|---|---|---|

**Penn Security Bank & Trust Co.**
PF/PL Local Union #524
711 E Corey Street
Scranton, PA 18503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598,996.00 |
|---|---|---|---|

**Penncoyd Iron Works**
4 School Lane
Folcroft, PA 19032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,779.27 |
|---|---|---|---|

**Pennsylvania Power & Light Co.**
2 North 9th Street CPC-GENN1
Allentown, PA 18101-1175

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.43 |
|---|---|---|---|

**Pennsylvania Turnpike Commission**
Violation Processing Center
8000C Derry Street
Harrisburg, PA 17111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,270.00 |
|---|---|---|---|

**Perry Fiberglass Products Inc**
5415 Village Drive
Rockledge, FL 32955

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.10 |
|---|---|---|---|

**Pestmaster Services**
93 Loomis Street
Wilkes Barre, PA 18702

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303,894.20 |
|---|---|---|---|

**Peterson Service Co.**
234 Route 70
Medford, NJ 08055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,475.00** |
|---|---|---|---|
| | **Phoenix Corp.**<br>**c/o Ronald Amato, Esq.**<br>**107 N. Commerce Way**<br>**Bethlehem, PA 18017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,191.26** |
|---|---|---|---|
| | **Phoenix Metals Company**<br>**P.O. Box 932589**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5.12.22 - 7.12.22** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1321** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Pillinger Miller Tarallo, LLP**<br>**126 N. Salina Street**<br>**Suite 215**<br>**Syracuse, NY 13202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,694.00** |
|---|---|---|---|
| | **Pipefitters and Plumbers Local 524**<br>**c/o O'Donoghue & O'Donoghue LLP**<br>**5300 Wisconsin Avenue NW, Suite 800**<br>**Washington, DC 20015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,232.06** |
|---|---|---|---|
| | **Plumbers & Pipefitters Local**<br>**112 Trustee Account**<br>**Binghamton, NY 13904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,677.04** |
|---|---|---|---|
| | **Plumbers and Pipefitters**<br>**Local 520 Benefit Funds**<br>**PO Box 1889**<br>**Troy, MI 48099-1889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Plumbers Union Local 690**<br>**2791 Southampton Road**<br>**Philadelphia, PA 19154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document      Page 53 of 83

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $654.97 |
|---|---|---|---|

**PPI - Production Products, Inc.**
30500 Potomac Way
Charlotte Hall, MD 20622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,516.51 |
|---|---|---|---|

**PPNPF Contribution Fund**
PO Box 79972
Baltimore, MD 21279-0972

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.00 |
|---|---|---|---|

**Precision Pump Service**
PO Box 247
Gradyville, PA 19039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |
|---|---|---|---|

**ProAsys**
318 Hendel Street
Shillington, PA 19607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,368.48 |
|---|---|---|---|

**PROCONEX**
PO Box 757
Souderton, PA 18964-0757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573.04 |
|---|---|---|---|

**ProCore Construction Services**
978 Bridgetown Pike
Langhorne, PA 19053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.99 |
|---|---|---|---|

**Quill Corporation**
PO Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,908.87 |
|---|---|---|---|

**R.E. Michel Company Inc.**
**PO Box 70510**
**Philadelphia, PA 19176-0510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.57 |
|---|---|---|---|

**R.J. Walker Company**
**1555 N. Keyser Avenue**
**Scranton, PA 18504-9664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Reager & Adler, P.C.**
**2331 Market Street**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **000H**

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,757.83 |
|---|---|---|---|

**Riley Sales, Inc.**
**1719 Romano Drive**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,105.00 |
|---|---|---|---|

**Robert M. Hilberts Inc.**
**PO Box 548**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,230.00 |
|---|---|---|---|

**RP Machine**
**906 Stillwater Road**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,361.68 |
|---|---|---|---|

**Ryder Transportation Services**
**PO Box 96723**
**Chicago, IL 60693-6723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safeco Insurance**
**PO Box 1438**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,438.00** |
|---|---|---|---|

**Schneider Electric**
**PO Box 841868**
**Dallas, TX 75284-1868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scranton Single Tax Office**
**123 Wyoming Avenue**
**Scranton, PA 18503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,452.00** |
|---|---|---|---|

**Selective Insurance Company**
**PO Box 371468**
**Pittsburgh, PA 15250-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.20** |
|---|---|---|---|

**Service Electric**
**PO Box 65123**
**Baltimore, MD 21264-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.82** |
|---|---|---|---|

**Seton**
**2491 Wehrle Drive**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sheet Metal Worker's Local No. 19**
**1301 South Columbus Blvd.**
**Philadelphia, PA 19147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628,498.53 |
|---|---|---|---|

**Sheet Metal Workers Local #44**
**Lawrence C. Musgrove Assoc. Inc**
**1299 S Colorado Street**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566,236.93 |
|---|---|---|---|

**Sheet Metal Workers' Nat'l Benefit**
**3180 Fairview Park Drive, Suite 400**
**Falls Church, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742,160.92 |
|---|---|---|---|

**Siemens Building Technologies**
**PO Box 2134**
**Carol Stream, IL 60132-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,661.66 |
|---|---|---|---|

**Skyworks Equipment Rental**
**PO Box 74404**
**Cleveland, OH 44194-0504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,400.00 |
|---|---|---|---|

**Smart Tap, Inc.**
**PO Box 277**
**Oley, PA 19547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**SmithMiller Associates**
**38 North Main Street**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.70 |
|---|---|---|---|

**Solutions for Small Business**
**PO Box 448**
**Wilkes Barre, PA 18703-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,344.30** |
| --- | --- | --- | --- |

**Southern Tier Insulations, Inc.**
**3150 Buckingham Drive**
**Endwell, NY 13760**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,228.00** |
| --- | --- | --- | --- |

**SREIT Middlebrook, LLC**
**40 Tenth Avenue**
**8th Floor**
**New York, NY 10014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease guaranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,923.30** |
| --- | --- | --- | --- |

**Stadium Intl S&S, LLC**
**1006 Underwood Road**
**Olyphant, PA 18447**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392,451.44** |
| --- | --- | --- | --- |

**Star Insulation**
**900 Miller Ave.**
**Croydon, PA 19021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**State of New York, Binghamton Univ**
**c/o Pillinger Miller Tarallo**
**126 N. Salinas Street, Suite 215**
**Syracuse, NY 13202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,722,926.56** |
| --- | --- | --- | --- |

**Steamfitters Local Union #420**
**14420 Townsend Road**
**Philadelphia, PA 19154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,714.00** |
| --- | --- | --- | --- |

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7507**

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 38 of 47

Case 5:23-bk-00839-MJC Doc 22 Filed 05/12/23 Entered 05/12/23 12:53:31 Desc
Main Document Page 58 of 83

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,809.01** |
|---|---|---|---|

**Swagelok Penn**
**1663 Republic Road**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,502.33** |
|---|---|---|---|

**Thackray Crane Rental, Inc.**
**2071 Byberry Road**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,887.38** |
|---|---|---|---|

**The Agnew Corporation Agent**
**c/o Lentz, Cantor & Massey, Ltd.**
**460 E. King Road**
**Malvern, PA 19355-3049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,456.76** |
|---|---|---|---|

**The Pate Company**
**245 Eisenhower Lane South**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9275**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,312.10** |
|---|---|---|---|

**The Receivable Management Services**
**P.O. Box 19646**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9132**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$295,077.00** |
|---|---|---|---|

**The State of Pennsylvania**
**Pending Lien Enforements - Tax Grou**
**Wilkes-Barre, PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,020.00** |
|---|---|---|---|

**Thermal Solutions Contractors**
**1408 Pennsylvania Avenue**
**Oreland, PA 19075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** |

**Toyota Financial Services**
**PO Box 5855**
**Carol Stream, IL 60197-5855**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.20**

---

| | |
|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address** |

**TP Trailers, Inc.**
**703 West Ridge Pike**
**Limerick, PA 19468**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,151.80**

---

| | |
|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** |

**Trane U.S. Inc.**
**3600 Pammel Creek Rd.**
**La Crosse, WI 54601-7599**

**Date(s) debt was incurred** _
**Last 4 digits of account number** **4024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$142,876.31**

---

| | |
|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** |

**Trimble Navigation Limited**
**PO Box 203558**
**Dallas, TX 75320-3558**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,089.84**

---

| | |
|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** |

**Triple Cities Windustrial Co.**
**2300 Vestal Road**
**Vestal, NY 13850**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$94,581.60**

---

| | |
|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address** |

**Tristate Equipment**
**2587 Yellow Springs Road**
**Malvern, PA 19355**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,999.27**

---

| | |
|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** |

**Trustees of the Pipefitters and Plu**
**c/o Andrew Costa-Kelser, Esq.**
**Constitution Place, Suite 600**
**Philadelphia, PA 19106**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$69,407.23**

---

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document    Page 60 of 83

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.47 |
|---|---|---|---|

**Tulpehocken Spring Water**
**200 N. 1st Street**
**Stroudsburg, PA 18360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,542.72 |
|---|---|---|---|

**U.A. Local 22 Fringe Benefit A**
**120 Gardenville Parkway**
**West Seneca, NY 14224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,678.70 |
|---|---|---|---|

**U.A. Local Union 524**
**Organization Fund**
**711 Corey Street**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,391.43 |
|---|---|---|---|

**U.G.I. Utilites, Inc.**
**PO Box 15503**
**Wilmington, DE 19886-5503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,684.50 |
|---|---|---|---|

**U.S. Office & Industrial Supply**
**PO Box 7612**
**Van Nuys, CA 91409-7612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,460.04 |
|---|---|---|---|

**UA Local Union 524**
**711 Corey Street**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.42 |
|---|---|---|---|

**UALMC**
**United Assoc Labor Mgt Corp**
**THREE PARK PLACE**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,854.73** |
|---|---|---|---|

**Uline**
**Attn: Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,485.20** |
|---|---|---|---|

**United Energy Products, Inc.**
**1610 Professional Blvd.**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.47** |
|---|---|---|---|

**United Parcel Service**
**PO Box 650116**
**Dallas, TX 75264-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,054.20** |
|---|---|---|---|

**United Rentals**
**Credit Office #589**
**1550 Northwest Dr NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**United States Surety Company**
**225 Schilling Circle, Suite 265**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Bond claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$192.10** |
|---|---|---|---|

**Unum Life Ins Co of America**
**PO Box 406990**
**Atlanta, GA 30384-6990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$481.92** |
|---|---|---|---|

**UPS RMS**
**c/o Executive Financial Enterprises**
**1465 Tamarind Ave. Box 680**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,352.72 |
|---|---|---|---|

**Urban Electrical Contractors**
**801 William Street**
**Dunmore, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**US Department of Transportation**
**1200 New Jersey Avenue S.E.**
**Washington, DC 20590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3691**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,938.00 |
|---|---|---|---|

**Valley Testing & Balancing, Inc.**
**PO Box 1205**
**Conyngham, PA 18219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,498.00 |
|---|---|---|---|

**Verizon**
**6929 N. Lakewood Ave.**
**Tulsa, OK 74117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.32 |
|---|---|---|---|

**Verizon**
**6929 N. Lakewood Ave.**
**Tulsa, OK 74117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0009**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,216.76 |
|---|---|---|---|

**Versatile Office Trailers**
**527 Route 31**
**Port Byron, NY 13140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,178.20 |
|---|---|---|---|

**W.W. Grainger Inc.**
**c/o Richard T. Avis, Esq.**
**PO Box 31579**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,603.05 |
|---|---|---|---|
| | **Waco Filters Corporation** | ☐ Contingent | |
| | **26661 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,435.00 |
|---|---|---|---|
| | **Ware Industries** | ☐ Contingent | |
| | **address needed** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,030.95 |
|---|---|---|---|
| | **Weinstein Supply** | ☐ Contingent | |
| | **887 Fern Hill Road** | ☐ Unliquidated | |
| | **West Chester, PA 19380** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,119,675.52 |
|---|---|---|---|
| | **Wells Fargo Bank** | ☐ Contingent | |
| | **Plumber's Local Union 690 Fund** | ☐ Unliquidated | |
| | **2791 Southampton Road** | ☐ Disputed | |
| | **Philadelphia, PA 19154** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,645.03 |
|---|---|---|---|
| | **Westmoreland Club** | ☐ Contingent | |
| | **59 South Franklin Street** | ☐ Unliquidated | |
| | **Wilkes Barre, PA 18701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.87 |
|---|---|---|---|
| | **Wyoming Valley Country Club** | ☐ Contingent | |
| | **PO Box 996** | ☐ Unliquidated | |
| | **Wilkes Barre, PA 18703-0996** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.20 |
|---|---|---|---|
| | **Wyoming Valley Sanitary Author** | ☐ Contingent | |
| | **PO Box 33A** | ☐ Unliquidated | |
| | **Wilkes Barre, PA 18703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.36 |
| --- | --- | --- | --- |
| | Xerox Corporation<br>P.O. Box 660501<br>Dallas, TX 75266-0501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  9186 | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,607.49 |
| --- | --- | --- | --- |
| | Yeager Supply, Inc.<br>PO Box 1177<br>Reading, PA 19603-1177 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268,182.00 |
| --- | --- | --- | --- |
| | Z-Tech Insulation, Inc.<br>215 Corporate Drive<br>Reading, PA 19605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | Benjamin Chaise & Assoc<br>6520 Platt Ave 663<br>West Hills, CA 91307 | Line  3.254<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Brown & Joseph LLC<br>One Pierce Place<br>Suite 700 W<br>Itasca, IL 60143 | Line  3.159<br>☐ Not listed. Explain ____ | _ |
| 4.3 | C2C Resources LLC<br>1455 Lincoln Pkwy E, Suite 550<br>Atlanta, GA 30346 | Line  3.130<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Caine & Weiner<br>12005 Ford Rd., Suite 300<br>Dallas, TX 75234 | Line  3.172<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Commercial Collection of NY<br>34 Seymour Street<br>Tonawanda, NY 14150 | Line  3.73<br>☐ Not listed. Explain ____ | _ |
| 4.6 | CST Co.<br>PO Box 33127<br>Louisville, KY 40232-3127 | Line  3.238<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.7 | DAL, Inc.<br>PO Box 162<br>Clifton Heights, PA 19018-0162 | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Darryl White<br>Caine & Weiner<br>5805 Sepulveda Blvd, 4th Floor<br>Sherman Oaks, CA 91411 | Line **3.294**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Gentile Law Firm<br>220 South White Horse Pike<br>Audubon, NJ 08106 | Line **3.205**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Harrington Industrial Plastics<br>14480 Yarba Avenue<br>Chino, CA 91710 | Line **3.129**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Honeywell International Inc.<br>3079 Premier Pkwy<br>Suite 100<br>Duluth, GA 30097 | Line **3.136**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | James Adelman, Esq.<br>Morris & Adelman<br>PO Box 2235<br>Bala Cynwyd, PA 19004 | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Laura Leacy Kyler, Esq<br>McCarter & English<br>100 Mulberry Street<br>Newark, NJ 07102 | Line **3.252**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | NCS Credit<br>729 Miner Rd.<br>Cleveland, OH 44134 | Line **3.261**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Richard Dreyfus<br>Levy Diamond Bello & Assoc.<br>260 Quarry Road, Unit D<br>Milford, CT 06460 | Line **3.202**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | The Receivable Management Services<br>P.O. Box 19646<br>Minneapolis, MN 55419 | Line **3.300**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Thomas Beckley<br>Beckley & Madden<br>212 North Third St, Suite 301<br>Harrisburg, PA 17101 | Line **3.124**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Tokio Marine HCC<br>801 South Figueroa Stret<br>Suite 700<br>Los Angeles, CA 90017 | Line **3.283**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Marx Sheet Metal & Mechanical, Inc.** | Case number (if known) | **5:23-bk-00839** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **Transworld Systems**<br>**500 Virgina Drive**<br>**Suite 514**<br>**Fort Washington, PA 19034** | Line **3.212**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Trimble, Inc.**<br>**935 Stewart Drive**<br>**94085-**<br>**Sunnyvale, CA 94085-3913** | Line **3.268**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **United States Surety Company**<br>**1 Texas Station Ct #230**<br>**Timonium, MD 21093** | Line **3.283**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Wagner Falconer & Judd**<br>**100 S. Fifth Street**<br>**Suite 800**<br>**Minneapolis, MN 55402** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Walsh & Gaertner**<br>**24 East 4th Street**<br>**Saint Paul, MN 55101** | Line **3.236**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **27,829,089.18** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **27,829,089.18** |

Debtor name    **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **5:23-bk-00839**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
          (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Equipment lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693-0149** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Vehicle Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Enterprise Fleet Mgmt.**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180-0089** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Auto Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nissan Motor Acceptance**<br>**PO Box 740596**<br>**Cincinnati, OH 45274-0596** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Vehicle Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Toyota Financial** |

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document    Page 68 of 83

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.   State what the contract or lease is for and the nature of the debtor's interest      **Equipment Lease**

       State the term remaining

       List the contract number of any government contract                                  **Xerox Corporation**
                                                                                            **P.O. Box 660501**
                                                                                            **Dallas, TX 75266-0501**

Case 5:23-bk-00839-MJC    Doc 22    Filed 05/12/23    Entered 05/12/23 12:53:31    Desc
Main Document      Page 69 of 83

Debtor name    **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **5:23-bk-00839**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Joseph Marx** | **24 Clifton Court Hanover Twp, PA 18707** | **Univest Bank and Trust Co.** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Marx Brothers Properties, LLC** | **373 High Street Wilkes Barre, PA 18702** | **Univest Bank and Trust Co.** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Marx Group NJ LLC** | **14 East Street Suite 14E4 Bound Brook, NJ 08805** | **GreatAmerica Financial Services** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Marx Group NJ LLC** | **14 East Street Suite 14E4 Bound Brook, NJ 08805** | **SREIT Middlebrook, LLC** | ☐ D ____<br>■ E/F __3.252__<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5    **Marx Group NJ LLC** | **14 East Street Suite 14E4 Bound Brook, NJ 08805** | **Univest Bank and Trust Co.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.6    **Thomas Marx Sr** | **14 Birch Street Wilkes Barre, PA 18705** | **Univest Bank and Trust Co.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Marx Sheet Metal & Mechanical, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **5:23-bk-00839**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,069,484.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$50,635,482.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Trustees of tthe Sheet Metal, Air, Rail, Transportation Workers International Association Local 27 Annuity Fund, et al. v. Halo-Marx Sheet Metal d/b/a Marx Sheet Metal & Mechanical, Inc.**<br>**22-cv-06402-ZNQ-LHG** | **Failure to remit dues** | **District Court of New Jersey**<br>**Clarkson S. Fisher Building & U.S. Court**<br>**402 East State Street Room 2020**<br>**Trenton, NJ 08608** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **GreatAmerica Financial Services Corporation v. Marx NJ Group LLC d/b/a halo Marx Sheet Metal and Marx Sheet Metal Mechanical, Inc.**<br>**LACV101041** | **Breach of Contract** | **Iowa District Court for Linn County**<br>**50 3rd Ave Bridge**<br>**Cedar Rapids, IA 52401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Integrated System Solutions v. Marx Sheet Metal & Mechanical, Inc.**<br>**01-22-0004-9953** | **Construction Breach of Contract** | **American Arbitration Association**<br>**P.O. Box 19609**<br>**Johnston, RI 02919** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Local Union #25 New Jersey on its Behalf and on Behalf of the Sheet Metal Workers Local #25 Welfare, Vacation, Annuity and Education Funds v. Marx NJ Grooup LLC d/b/a Halo Marx Sheet Metal** | **Arbitration** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Univest Bank and Trust Co. v. Marx Sheet Metal & Mechanical, Inc.**<br>**2023-03503** | **Note Default** | **Court of Common Pleas Montgomery County 2 E. Airy Street Norristown, PA 19401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Univest Bank and Trust Co. v. Marx Sheet Metal & Mechanical, Inc.**<br>**2023-02966** | **Note Default** | **Court of Common Pleas Montgomery County 2 E. Airy Street Norristown, PA 19401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Trustees of the Pipefitters and Plumbers Local 524 Annuity Fund v. Marx Sheet Metal & Mechanical, Inc. and Joseph Marx**<br>**23-cv-407** | **Complaint** | **District Court, MDPA 228 Walnut St. Harrisburg, PA 17101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Commonwealth of PA Dept of Labor & Industry to the Use of the Unemployment Compensation Fund v. Marx Sheet Metal & Mechanical, Inc.**<br>**2023-01605** | | **Luzerne County Courthouse 200 North River Street Wilkes Barre, PA 18711-1001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Peirce-Phelps, LLC v. Marx Sheet Metal & Mechanical, Inc. and Donald Marx, Sr.**<br>**2023-380** | | **Philadelphia Court of Common Pleas 1400 JFK Blvd. Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **H&H Sales Associates, Inc. v. Debtor**<br>**2022-10335** | **Breach of Contract** | **Luzerne County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Berkley Insurance Company v. Debtor, et al**<br>**3:23-cv-00615-KM** | **Civil Action** | **United States District Court - MDPA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.** **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Flaster/Greenberg, P.C.**<br>**1717 Arch Street**<br>**Suite 3300**<br>**Philadelphia, PA 19103** | **Attorney Fees** | **3/6/2023** | **$25,338.00** |
| **Email or website address**<br>harry.giacometti@flastergreenberg.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Marx Sheet Metal & Mechanical** | EIN:  **?** |

Has the plan been terminated?
☐ No
■ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Publice Storage**<br>**1138 W Chester Pike**<br>**West Chester, PA 19382** | **Access denied by facility** | **Office fixtures and equipment, tools, equipment used by business** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **CohnReznick LLP**<br>**101 Crawfords Corner Road**<br>**Suite 2316**<br>**Holmdel, NJ 07733** | **2018-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **CohnReznick LLP**<br>**101 Crawfords Corner Road**<br>**Suite 2316**<br>**Holmdel, NJ 07733** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Univest Bank and Trust Co.**<br>**14 N. Main Street**<br>**Souderton, PA 18964** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Marx Sr | 14 Birch Street<br>Wilkes Barre, PA 18705 | Shareholder | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Marx | 24 Clifton Court<br>Hanover Twp, PA 18707 | Shareholder - President | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Sheet Metal Workers 19, 25, 38 and 44** | EIN: |
| **Pipefitters Local 22, 38, 520, 524** | EIN: |
| **Plumbers Local 690** | EIN: |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 12, 2023**

**/s/ Joseph Marx**                                                     **Joseph Marx**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Marx Sheet Metal & Mechanical, Inc.**          Case No.    **5:23-bk-00839**

                         Debtor(s)             Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 12, 2023**                         **/s/ Harry J. Giacometti**
*Date*                                       **Harry J. Giacometti 55861**
                                            *Signature of Attorney*
                                            **Flaster/Greenberg, P.C.**
                                            **1717 Arch Street**
                                            **Suite 3300**
                                            **Philadelphia, PA 19103**
                                            **(215) 279-9393**
                                            **harry.giacometti@flastergreenberg.com**
                                            *Name of law firm*

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re    **Marx Sheet Metal & Mechanical, Inc.**        Case No.   **5:23-bk-00839**

                          Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 12, 2023**                **/s/ Joseph Marx**

                                         **Joseph Marx**/**President**
                                         Signer/Title

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Marx Sheet Metal & Mechanical, Inc.**        Case No.    **5:23-bk-00839**

                Debtor(s)             Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Marx Sheet Metal & Mechanical, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joseph Marx**
**24 Clifton Ct**
**Hanover Twp, PA 18707**

**Thomas Marx Sr.**
**14 Birch Street**
**Wilkes Barre, PA 18705**

☐ None [*Check if applicable*]

**May 12, 2023**
_____
Date

**/s/ Harry J. Giacometti**
_____
**Harry J. Giacometti 55861**
Signature of Attorney or Litigant
Counsel for    **Marx Sheet Metal & Mechanical, Inc.**
**Flaster/Greenberg, P.C.**
**1717 Arch Street**
**Suite 3300**
**Philadelphia, PA 19103**
**(215) 279-9393**
**harry.giacometti@flastergreenberg.com**